USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ANTONNIA POWLETT, *on behalf of herself and all other persons similarly situated,*

                      **Plaintiff,**

-against-

STEPHEN EINSTEIN & ASSOCIATES, P.C., ET AL.,

                      **Defendants.**

-------------------------------------------------------------x

18-CV-5805 (ALC)

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

On September 8, 2020, the Court ordered Plaintiff to show cause by September 29, 2020 as to why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Such showing was not made. Accordingly, this case is dismissed without prejudice.

**SO ORDERED.**

**Dated:**     **October 5, 2020**
             **New York, New York**

*[signature]*
_____
**HON. ANDREW L. CARTER, JR.**
**United States District Judge**